# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE<br><br>v.<br><br>**MERCEY CATHLIC MEDICAL CENTER, et al.** | CIVIL ACTION<br><br>NO. 15-2085 |

## ORDER

**AND NOW**, this 26th day of January, 2016, upon consideration of Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF 32), and all submissions related thereto by counsel, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Counts One through Three of the Complaint pertaining to Title IX are **DISMISSED WITH PREJUDICE**;

2. Counts Four through Six of the Complaint pertaining to Pennsylvania state law are **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-2085 doe v. mercy catholic\15cv2085.2016.01.25 order on MTD.doc