# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE<br><br>APPELLANT,<br><br>v.<br><br>MERCY CATHOLIC MEDICAL CENTER and MERCY HEALTH SYSTEM<br><br>APPELLEES. | No. 16-1247<br>(Dist. Ct. No. 2-15-cv-02085)<br><br>**UNCONTESTED**<br><br>**EXPEDITED RELIEF REQUESTED** |

## APPELLANT'S UNCONTESTED AND EXPEDITED MOTION TO MODIFY THE BRIEFING AND SCHEDULING ORDER

Appellant, by and through undersigned counsel, hereby moves the Court on an expedited basis for an order permitting her to extend the time in which she has to file her Brief and Joint Appendix by 45 days, from April 19, 2016, until June 3, 2016. Undersigned counsel for Appellant certifies that this motion is uncontested. In support of this motion, Appellant's undersigned counsel certifies as follows:

1.     This matter was docketed with the Court of Appeals on or around February 5, 2016, and submitted for mediation which was to occur on March 23, 2016.

2.     On or around March 9, 2016, after conferring with opposing counsel, the parties jointly requested that mediation be canceled.

3. That same day, the Chief Circuit Mediator approved the request to cancel the mediation.

4. The following day, the Court entered a Briefing Schedule setting forth April 19, 2016, as Appellant's date to file her brief and appendix.

5. This short briefing schedule was unanticipated by undersigned, as until March 9, 2016, undersigned had not anticipated having to begin working on Appellant's Brief until after the March 23, 2016, mediation.

6. Thus, at the time the Briefing Schedule was ordered, undersigned counsel had already scheduled several days of out-of-state depositions in other matters during March 2016.

7. Moreover, by April 8, 2016, undersigned counsel has to file a motion for conditional collective action certification in a large multi-state wage and hour putative collective action pending in the Western District of Pennsylvania.

8. Accordingly, Appellant requests that the Briefing deadline be extended by 45 days until June 3, 2016, thereby allowing Appellant more time to draft, finalize, and prepare for filing her brief and appendix.

9. Appellees do not oppose Appellants' request for an extension.

10. On April 1, 2016, pursuant to Local Rule 27.7, undersigned counsel telephonically notified the Clerk of the Court, by and through the Case Manager

assigned to this case, of Appellant's request for expedited consideration of this motion.

11. Appellant requests that the Court consider this uncontested motion on an expedited basis.

12. Undersigned counsel certifies that the above recited facts are true, correct, and based on personal knowledge.

        Respectfully submitted,

        *s/ Joshua S. Boyette*_____
        **JOSHUA S. BOYETTE, Esq.**
        **PA BAR NO. 309863**
        **SWARTZ SWIDLER, LLC**
        **Attorney for Appellant**
        1101 Kings Highway North, Ste. 402
        Cherry Hill, NJ 08034
        Phone: (856) 685-7420
        Fax: (856) 685-7417

DATED: April 1, 2016

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE<br><br>　　　　APPELLANT,<br><br>　v.<br><br>MERCY CATHOLIC MEDICAL CENTER<br>and MERCY HEALTH SYSTEM<br><br>　　　　APPELLEES. | No. 16-1247<br>(Dist. Ct. No. 2-15-cv-02085) |

## CERTIFICATE OF SERVICE

　　　I, the undersigned, hereby certifies that the instant motion to extend the briefing schedule was serving on Counsel for Appellees, Andrea Kirschenbaum, Esq., of Post and Schell LLP, via ECF.

　　　　　　　　　　　　　　　　　　　　　*s/ Joshua S. Boyette* _____
　　　　　　　　　　　　　　　　　　　　　**JOSHUA S. BOYETTE, Esq.**

DATED: April 1, 2016