UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-1247

_____

JANE DOE,
Appellant

v.

MERCY CATHOLIC MEDICAL CENTER

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-15-cv-02085)
District Judge: Honorable Michael M. Baylson

_____

Argued December 6, 2016
Before: FISHER,[*] KRAUSE and MELLOY,[**] *Circuit Judges*.

_____

JUDGMENT

_____

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on December 6, 2016.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered January 26, 2016, be and the same is hereby AFFIRMED in part, REVERSED in part, and REMANDED for further proceedings. All of the above in accordance with the opinion of this Court.

---

[*] Honorable D. Michael Fisher, United States Circuit Judge for the Third Circuit, assumed senior status on February 1, 2017.
[**] Honorable Michael J. Melloy, Senior Circuit Judge, United States Court of Appeals for the Eighth Circuit, sitting by designation.

Costs taxed against Appellee.

Attest:

s/ Marcia M. Waldron
Clerk

Dated: March 7, 2017